UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MBNA AMERICA (DELAWARE), N.A.,

    Plaintiff,

vs.                                            Case No. 8:05-CV-2114-T-27EAJ

GROUP INSURANCE CONCEPTS, INC.,
DONALD H. PIERCE, and JAMIE L. PIERCE,

    Defendants.
_____/

ORDER

**THIS MATTER** is before the Court on the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins recommending that Plaintiff's Motion for Attorneys' Fees and Costs (Dkt. 17) be granted in part and denied in part. (Dkt. 28). The Court notes that the parties did not object to the Report and Recommendation, and the time for filing such objections has elapsed.[1]

After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1) The Report and Recommendation (Dkt. 28) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Motion for Attorneys' Fees and Costs (Dkt. 17) is **GRANTED IN PART** and **DENIED IN PART**.

---

[1] Final default judgment was entered in favor of Plaintiff, MBNA America (Delaware), N.A., and against Defendants, Group Insurance Concepts, Inc. and Donald H. Pierce, on February 21, 2006. (Dkt. 16).

1

3) Plaintiff is awarded $8,473.50 in attorney's fees and $506.03 in costs. Judgment is hereby entered in favor of Plaintiff, MBNA America (Delaware), N.A., whose address is c/o Tessa Lespia Frederick, Esquire, Miles & Stockbridge, P.C., 10 Light Street, Baltimore, Maryland 21202, and against Defendants, Group Insurance Concepts, Inc. and Donald H. Pierce, whose last known addresses are 4701 Bayshore Boulevard N.E., St. Petersburg, Florida 33703, jointly and severally, in the amount of $8,979.53, for which let execution issue.

4) All pending motions are **DENIED** as moot.

5) The Clerk is directed to close this case.

**DONE AND ORDERED** in chambers this 16th day of May, 2006.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record